VAL-KILL Co., INC., Respondent, *v.* CITIES SERVICE OIL COMPANY, Appellant.

Argued January 9, 1952; decided January 24, 1952.

*George H. Colin, Benjamin Mosher, Joseph P. Pfingst* and *John J. Daly* for appellant.

*Charles Landesman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.